IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAI-E JOHARI,

    Plaintiff,

vs.                      Civil Action 2:04-CV-679
                           Judge Sargus
                           Magistrate Judge King

FAITH MISSION INC., *et al.*,

    Defendants.

### ORDER

On March 30, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the motion to dismiss filed on behalf as the defendant identified as "Intaker Yahseen" be granted. Doc. No. 22. Although the parties were advised of their right to object to the *Report and Recommendation*, and of their consequences of their failure to respond, Doc. No. 22, there has nevertheless been no response to that *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The motion to dismiss filed on behalf of defendant "Intaker Yahseen," Doc. No. 18, is **GRANTED**. This defendant is hereby **DISMISSED** from this action.

4-28-2005
Date

Edmund A. Sargus, Jr.
United States District Judge